

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: CAROLINA MAYORGA, | § | No. 08-17-00158-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN HABEAS CORPUS |
| | § | |
| | § | |
| | § | |

# O R D E R

The Court has before it Relator's petition for writ of habeas corpus and motion for temporary relief. Relator is currently confined in the El Paso County Jail pursuant to a contempt order issued by the 388th District Court of El Paso County, Texas in trial court cause number 2012DCM01701. The motion for temporary relief is GRANTED. Pending this Court's final resolution of Relator's petition on the merits and until further order of this Court, it is ORDERED that Relator, Carolina Mayorga, be released from the custody of the Sheriff of El Paso County only upon her posting a personal recognizance bond in the amount of $5,000.00.

IT IS SO ORDERED this 19th day of July, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.